1 | Rod D. Margo (State Bar No.: 97706)
Kevin R. Sutherland (State Bar No.: 163746)
2 | CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
3 | Los Angeles, California 90067-6010
Telephone: (310) 557-2030
4 | Facsimile:  (310) 557-1299

5 | Attorneys for Defendant
MALAYSIAN AIRLINE SYSTEM BERHAD

6

John W. Shaw (State Bar No.: 82802)
7 | Scott A. Freedman (State Bar No.: 128740)
SHAW, TERHAR & LaMONTAGNE LLP
8 | 707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
9 | Telephone: (213) 614-0400
Facsimile: (213) 629-4534

10

Attorneys for Defendant
11 | COMMAND SECURITY CORPORATION
dba AVIATION SAFEGUARDS

12

Tariq S. Hasan (State Bar No,: 221887)
13 | HASAN & ASSOCIATES
612 S. Flower Street, Suite 726
14 | Los Angeles, California 90017
Telephone: (213) 943-4747
15 | Facsimile: (213) 559-0682

16 | Attorneys for Plaintiffs
FAZILATUN NESSA and KARIM SARKER

17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 1606 VRW |
| DEEP VEIN THROMBOSIS LITIGATION | ) ) ) ) | STIPULATION DEEMING SETTLEMENT BETWEEN MALAYSIAN AIRLINE SYSTEM BERHAD AND PLAINTIFF A |
| This Document Relates To: | ) ) ) ) | GOOD FAITH SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § |
| *Nessa  v. Malaysian Airline System Berhad, et. al* *Civil Action No. C 04-4861 VRW* | ) ) ) ) ) | 877.6; ORDER [PROPOSED] |

21
22
23
24
25
26
27
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1    Plaintiffs Fazilatun Nessa and Abdul Karim Sarker ("plaintiffs"), Defendant

2   Malaysian Airline System Berhad ("MAS"), and Defendant Command Security

3   Corporation dba Aviation Safeguards ("CSC"), through their respective counsel of

4   record, hereby stipulate as follows:

5    WHEREAS, plaintiffs and CSC entered into a settlement of plaintiffs'

6   claims against CSC for the sum of One Hundred Fifteen Thousand Dollars

7   ($115,000) and, on June 6, 2005, filed a motion for determination that the

8   settlement was in "good faith" within the meaning of California Code of Civil

9   Procedure § 877.6;

10    WHEREAS, on October 27, 2005, this Court issued an order finding that the

11   settlement between plaintiffs and CSC was made and entered into in "good faith"

12   within the meaning of the California Code of Civil Procedure § 877.6;

13    WHEREAS, plaintiffs and MAS have now reached a settlement for the sum

14   of One Hundred Fifteen Thousand Dollars ($115,000), conditioned upon the

15   Court's determination that the settlement between plaintiffs and MAS is a good

16   faith settlement under California Code of Civil Procedure § 877.6;

17    WHEREAS, MAS is settling with plaintiffs for the same amount as CSC

18   had previously settled with plaintiffs, which the Court found to be a "good faith"

19   settlement under California Code of Civil Procedure § 877.6;

20    IT IS THEREFORE STIPULATED that: (1) the settlement of $115,000

21   between plaintiffs and MAS is in the range of MAS's potential liability to plaintiffs

22   in this case and, therefore, has been made in "good faith" pursuant to California

23   Code of Civil Procedure § 877.6 and the case law interpreting § 877.6; and (2) that

24   any and all actual and potential claims by any other person, entity, plaintiff,

25   defendant, cross-complainant, cross-defendant, intervenor, lien holder, joint

26   tortfeasor, co-obligor, or other actual or potential party against MAS, and/or its

27   predecessors, successors, assigns, or representatives, for equitable comparative

28

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1   contribution, or partial, comparative or implied indemnity are forever barred.

2          IT IS SO STIPULATED.

3

4

5   DATED: November___, 2005          HASAN & ASSOCIATES

6

7                                     By:_____

8                                        TARIQ S. HASAN
                                         Attorneys for Plaintiffs
9                                        FAZILATUN NESSA and
                                         ABDUL KARIM SARKER
10

11  DATED: November 20, 2005          SHAW, TERHAR & LaMONTAGNE LLP

12

13                                    By:_____
                                         JOHN W. SHAW
14                                       SCOTT A. FREEDMAN
                                         Attorneys for Defendant
15                                       COMMAND SECURITY
                                         CORPORATION dba AVIATION
16                                       SAFEGUARDS
17

18

19  DATED: November 30, 2005          CONDON & FORSYTH LLP

20

21                                    By:_____
                                         ROD D. MARGO
22                                       KEVIN R. SUTHERLAND
                                         Attorneys for Defendant
23                                       MALAYSIAN AIRLINE SYSTEM
                                         BERHAD
24

25

26

27

28

                                    -3-

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1505 VRW

1   contribution, or partial, comparative or implied indemnity are forever barred.

2         IT IS SO STIPULATED.

3

4

5   DATED: November 2/, 2005       HASAN & ASSOCIATES

6

7                        By:

8                          TARIQ S. HASAN

                          Attorneys for Plaintiffs

9                          FAZILATUN NESSA and

10                        ABDUL KARIM SARKER

11   DATED: November___, 2005       SHAW, TERHAR & LaMONTAGNE LLP

12

13                        By:

14                          JOHN W. SHAW

                         SCOTT A. FREEDMAN

15                          Attorneys for Defendant

16                        COMMAND SECURITY

                         CORPORATION dba AVIATION

17                        SAFEGUARDS

18

19   DATED: November___, 2005       CONDON & FORSYTH LLP

20

21                        By:

22                          ROD D. MARGO

                         KEVIN R. SUTHERLAND

23                        Attorneys for Defendant

                         MALAYSIAN AIRLINE SYSTEM

24                        BERHAD

25

26

27

28

                              -3-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# [PROPOSED] ORDER

IT IS ORDERED that the settlement between plaintiffs Fazilatun Nessa and Abdul Karim Sarker and defendant Malaysian Airline System Berhad, in the amount of $115,000, is made and entered into in good faith within the meaning of California Code of Civil Procedure § 877.6.

IT IS FURTHER ORDERED that all actual and potential claims by any other person, entity, plaintiff, defendant, cross-complainant, cross-defendant, intervener, lien holder, joint tortfeasor, co-obligor, or other actual or potential party against defendant Malaysian Airline System Berhad, and/or its predecessors, successors, assigns, or representatives, for equitable comparative contribution, or partial, comparative or implied indemnity are forever barred.

IT IS SO ORDERED.

DATED:_____, 2005

Dated: February 7, 2006



HONO[RABLE] IT IS SO ORDERED [VRW] ALKER
Ch[ief Ju...]strict [C]ourt
No[r]the[rn ...] [Judge Vaughn R Walker]

-4-

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW