1 | Rod D. Margo (State Bar No.: 97706)
  | Kevin R. Sutherland (State Bar No.: 163746)
2 | CONDON & FORSYTH LLP
  | 1901 Avenue of the Stars, Suite 850
3 | Los Angeles, California 90067-6010
  | Telephone: (310) 557-2030
4 | Facsimile:  (310) 557-1299

5 | Attorneys for Defendant
  | MALAYSIAN AIRLINE SYSTEM BERHAD
6 |
  | John W. Shaw (State Bar No.: 82802)
7 | Scott A. Freedman (State Bar No.: 128740)
  | SHAW, TERHAR & LaMONTAGNE LLP
8 | 707 Wilshire Boulevard, Suite 3060
  | Los Angeles, California 90017
9 | Telephone: (213) 614-0400
  | Facsimile: (213) 629-4534
10 |

11 | Attorneys for Defendant
   | COMMAND SECURITY CORPORATION
   | dba AVIATION SAFEGUARDS
12 |
   | Tariq S. Hasan (State Bar No,: 221887)
13 | HASAN & ASSOCIATES
   | 612 S. Flower Street, Suite 726
14 | Los Angeles, California 90017
   | Telephone: (213) 943-4747
15 | Facsimile: (213) 559-0682

16 | Attorneys for Plaintiffs
   | FAZILATUN NESSA and KARIM SARKER
17 |

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 |

21 | IN RE:                              )   MDL Docket No. 1606 VRW
                                        )
22 | DEEP VEIN THROMBOSIS                )   STIPULATION AND ORDER RE
   | LITIGATION                          )   DISMISSAL WITH PREJUDICE
23 |                                     )   [~~PROPOSED~~]
   | This Document Relates To:           )
24 |                                     )
                                         )
25 | *Nessa v. Malaysian Airline System*  )
   | *Berhad, et. al*                    )
26 | Civil Action No. C 04-4861 VRW      )
                                         )
27 | _____    )

28 |
   ―――――――――――――――――――――
   STIPULATION AND ORDER RE DISMISSAL WITH
   PREJUDICE [PROPOSED]
   MDL DOCKET NO. 1606 VRW

1  IT IS HEREBY STIPULATED by and between plaintiffs Fazilatun Nessa
2  and Karim Sarker and defendants Malaysian Airline System Berhad and Command
3  Security Corporation, through their attorneys of record, that plaintiffs' complaint
4  against defendants be and hereby is dismissed with prejudice pursuant to Federal
5  Rule of Civil Procedure 41(a)(1).
6  It is further stipulated that each party shall bear their own costs incurred in
7  connection with the underlying action.

9  Dated: March 2Q 2006    HASAN & ASSOCIATES

11  By:_____
    TARIQ HASAN
12  Attorney for Plaintiffs
    FAZILATUN NESSA and
13  ABDUL KARIM SARKER

15  Dated: March___, 2006    SHAW, TERHAR & LaMONTAGNE LLP

17  By:_____
    JOHN W. SHAW
18  SCOTT A. FREEDMAN
    Attorneys for Defendant
19  COMMAND SECURITY CORPORATION
    dba AVIATION SAFEGUARDS

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

IT IS HEREBY STIPULATED by and between plaintiffs Fazilatun Nessa and Karim Sarker and defendants Malaysian Airline System Berhad and Command Security Corporation, through their attorneys of record, that plaintiffs' complaint against defendants be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

It is further stipulated that each party shall bear their own costs incurred in connection with the underlying action.

Dated: March___, 2006          HASAN & ASSOCIATES

By:_____
TARIQ HASAN
Attorney for Plaintiffs
FAZILATUN NESSA and
ABDUL KARIM SARKER

Dated: March 9, 2006          SHAW, TERHAR & LaMONTAGNE LLP

By:_____
JOHN W. SHAW
SCOTT A. FREEDMAN
Attorneys for Defendant
COMMAND SECURITY CORPORATION
dba AVIATION SAFEGUARDS

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]
MDL DOCKET NO. 1606 VRW

-2-

1 | Dated: March 24, 2006        CONDON & FORSYTH LLP

2

3                                By: _____
4                                ROD D. MARGO
                                 KEVIN R. SUTHERLAND
5                                Attorneys for Defendant
                                 MALAYSIAN AIRLINE SYSTEM BERHAD

6

7

8 | IT IS SO ORDERED.

9

10 | DATED: ___March 28___, 2006     _____
                                   HONORABLE VAUGHN R. WALKER
11                                 Chief Judge, United States District Court
                                   Northern District of California
12

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamped "IT IS SO ORDERED" with signature of Judge Vaughn R Walker]*

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

STIPULATION AND ORDER RE DISMISSAL WITH
PREJUDICE [PROPOSED]
MDL DOCKET NO. 1606 VRW